FILED ✓   LODGED ___
RECEIVED ___   COPY ___

MAR 1 9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

1 | TIMOTHY COURCHAINE
United States Attorney
2 | District of Arizona

3 | RYAN MCCARTHY
Arizona State Bar No. 029804
4 | MARIA R. GUTIERREZ
Arizona State Bar. No. 026659
5 | Assistant U.S. Attorneys
Two Renaissance Square
6 | 40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
7 | Telephone: 602-514-7500
Email: Ryan.McCarthy@usdoj.gov
8 | Email: Maria.Gutierrez@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-08037-PCT-SPL (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 659 (Possession or Receipt of Goods Stolen from Interstate Shipment) (Count 1) |
| Steven Ray Garner, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about March 4, 2025, in the District of Arizona, Defendant STEVEN RAY GARNER knowingly possessed goods and chattels of a value in excess of $1,000.00, that is Nike shoes, which had been stolen from a Burlington Northern Santa Fe train while moving in interstate commerce from the State of California to the State of Arizona, knowing said goods and chattels to be stolen.

//

//

//

In violation of Title 18, United State Code, Section 659.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: March 19, 2024

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*S/*
RYAN MCCARTHY
MARIA R. GUTIERREZ
Assistant U.S. Attorneys